UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLASEN BROWN,<br><br>        Plaintiff,<br><br>    v.<br><br>PETSMART LLC,<br><br>        Defendant. | No. 2:25-cv-02636-DAD-AC<br><br>ORDER SUBMITTING ACTION TO ARBITRATION AND STAYING ACTION PURSUANT TO THE PARTIES' STIPULATION<br><br>(Doc. No. 3) |

On September 29, 2025, the parties to this action filed a stipulation notifying the court that they have agreed to submit this matter to binding arbitration pursuant to defendant PetSmart LLC's Dispute Resolution Policy. (Doc. No. 3.) Pursuant to the parties' stipulation, and good cause appearing, the court orders as follows:

1. This action shall be submitted to binding arbitration in accordance with the terms of defendant PetSmart LLC's Dispute Resolution Policy;

2. This action shall be STAYED pending arbitration, and all currently calendared dates are VACATED; and

/////

/////

/////

1

3. The parties are directed to file a status report ninety (90) days following the issuance of this order and every ninety (90) days thereafter regarding the status of arbitration proceedings.

IT IS SO ORDERED.

Dated: __**September 30, 2025**__

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2